Entered: March 29th, 2024
Signed: March 29th, 2024
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (<u>Baltimore Division</u>)

| | | |
|---|---|---|
| **In re:** | * | |
| **SDI PROPERTIES, LLC,** | * | Case No.: 20-20650-LSS <br> (Chapter 7) |
| **Debtor.** | * | |
| * * * * * * * | * | |
| **PATRICIA B. JEFFERSON,** <br> Chapter 7 Trustee, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | Adv. Proc. No. 22-00193 |
| **JENNIFER L. ALTER, *ET AL*.,** | * | |
| Defendants. | * | |
| | * | |
| * * * * * * * * * * * * * * | | |

### ORDER GRANTING MOTION OF THE CHAPTER 7 TRUSTEE
### <u>TO APPROVE SETTLEMENT AND DISMISSING CASE</u>

Upon consideration of the motion (the "Motion") of Patricia B. Jefferson, Chapter 7 trustee (the "Trustee"), for approval of a settlement under <u>Federal Rule of Bankruptcy Procedure</u>

1

116476\000001\4867-3932-8396.v2

9019, and it appearing that the Motion and Notice of Motion have been properly served, and there being no objections or any objections having been overruled, and good cause appearing, therefore, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Settlement set forth in the Motion is approved; and it is further

ORDERED, that the Trustee is authorized to accept $430,000.00; and it is further

ORDERED, that the above-captioned adversary proceeding is dismissed with prejudice.

cc: **Emily Devan**     edevan@milesstockbridge.com
**Jessica Duvall**     jduvall@milesstockbridge.com
**Kieran Fox**     kfox@moodklaw.com, bturner@moodklaw.com
**Anton L. Iamele**     aiamele@iamelelaw.com
**Anton L. Iamele**     aiamele@iamelelaw.com
**Patricia B. Jefferson**     bktrustee@milesstockbridge.com, MD68@ecfcbis.com
**Patricia B. Jefferson**     pjefferson@milesstockbridge.com
**Roger R. Munn**     rmunn@moodklaw.com, bturner@moodklaw.com
**Maurice Belmont VerStandig**     mac@mbvesq.com, lisa@mbvesq.com; mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com

Greenwich Insurance Company
c/o RPS Plus Companies
1150 U.S. Highway 22, Suite 120
Bridgewater, NJ 08807
Fax: 832-918-3813
Email: Bridgewater.RPS.Claims@rpsins.com

**END OF ORDER**