United States Bankruptcy Court
District of Maryland

Jefferson,
    Plaintiff

Adv. Proc. No. 22-00193-LSS

Alter,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0416-0    User: admin    Page 1 of 2
Date Rcvd: Mar 29, 2024    Form ID: pdfparty    Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Greenwich Insurance Company, c/o RPS Plus Companies, 1150 U.S. Highway 22, Suite 120, Bridgewater, NJ 08807-2966 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| pla | + Email/Text: bktrustee@milesstockbridge.com | Mar 29 2024 19:31:00 | Patricia B. Jefferson, Chapter 7 Tr. for the Estate of SDI Prop, c/o Emily K. Devan, Esquire, Miles & Stockbridge P.C., 100 Light Street, 10th Floor, Baltimore, MD 21202-1153 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 31, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anton L Iamele | aiamele@iamelelaw.com |
| Emily Devan | edevan@milesstockbridge.com |
| Jessica Lynne Duvall | |

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 29, 2024 | Form ID: pdfparty | Total Noticed: 2 |

    jduvall@milesstockbridge.com  lkirby@milesstockbridge.com

Kieran Fox

    kfox@moodklaw.com  bturner@moodklaw.com

Maurice Belmont VerStandig

    mac@mbvesq.com
    lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Roger R Munn

    rmunn@moodklaw.com  bturner@moodklaw.com

TOTAL: 6

Entered: March 29th, 2024
Signed: March 29th, 2024
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## (<u>Baltimore Division</u>)

| | | |
|---|---|---|
| **In re:** | * | |
| **SDI PROPERTIES, LLC,** | * | **Case No.: 20-20650-LSS** |
| | | **(Chapter 7)** |
| Debtor. | * | |
| * * * * * * * | * | |
| **PATRICIA B. JEFFERSON,** | * | |
|     Chapter 7 Trustee, | | |
| | * | |
| Plaintiff, | | |
| | * | |
| v. | | **Adv. Proc. No. 22-00193** |
| | * | |
| **JENNIFER L. ALTER, *ET AL*.,** | | |
| | * | |
| Defendants. | | |
| | * | |
| * * * * * * * * * * * * * * | | |

### ORDER GRANTING MOTION OF THE CHAPTER 7 TRUSTEE
### <u>TO APPROVE SETTLEMENT AND DISMISSING CASE</u>

Upon consideration of the motion (the "Motion') of Patricia B. Jefferson, Chapter 7 trustee (the "Trustee"), for approval of a settlement under <u>Federal Rule of Bankruptcy Procedure</u>

1

116476\000001\4867-3932-8396.v2

9019, and it appearing that the Motion and Notice of Motion have been properly served, and there being no objections or any objections having been overruled, and good cause appearing, therefore, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Settlement set forth in the Motion is approved; and it is further

ORDERED, that the Trustee is authorized to accept $430,000.00; and it is further

ORDERED, that the above-captioned adversary proceeding is dismissed with prejudice.

cc: **Emily Devan**   edevan@milesstockbridge.com
**Jessica Duvall**   jduvall@milesstockbridge.com
**Kieran Fox**   kfox@moodklaw.com, bturner@moodklaw.com
**Anton L. Iamele**   aiamele@iamelelaw.com
**Anton L. Iamele**   aiamele@iamelelaw.com
**Patricia B. Jefferson**   bktrustee@milesstockbridge.com, MD68@ecfcbis.com
**Patricia B. Jefferson**   pjefferson@milesstockbridge.com
**Roger R. Munn**   rmunn@moodklaw.com, bturner@moodklaw.com
**Maurice Belmont VerStandig**   mac@mbvesq.com, lisa@mbvesq.com; mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com

Greenwich Insurance Company
c/o RPS Plus Companies
1150 U.S. Highway 22, Suite 120
Bridgewater, NJ 08807
Fax: 832-918-3813
Email: Bridgewater.RPS.Claims@rpsins.com

**END OF ORDER**

116476\000001\4867-3932-8396.v2