IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(<u>Greenbelt Division</u>)

| | | |
|---|---|---|
| In re:<br>**SDI PROPERTIES, LLC,** | * | **Case No. 20-20650-LSS** |
| Debtor. | * | (Chapter 7) |
| * * * * * * * * | | |
| **PATRICIA B. JEFFERSON,**<br>**Chapter 7 Trustee**<br>Miles & Stockbridge P.C.<br>100 Light Street, 10th Floor<br>Baltimore, MD 21202, | *<br><br>* | |
| Plaintiff, | * | |
| v. | * | **ADV. PROC. NO. 22-00193** |
| **JENNIFER L. ALTER, et al.** | * | |
| Defendants. | * | |
| * * * * * * * * * * * * * * | | |

**ORDER ON DEFENDANTS EAGLE PREMIER TITLE GROUP LLC'S AND
JENNIFER L. ALTER'S MOTION TO QUASH AND MOTION FOR PROTECTIVE**

{M0911527.1}

## ORDER FROM SUBPOENA ISSUED TO TRUSTEE BY MARYLAND INSURANCE ADMINISTRATION

UPON CONSIDERATION of the Defendants, EAGLE PREMIER TITLE GROUP, LLC's and JENNIFER ALTER's Motion to Quash and Motion For Protective Order From Subpoena Issued To Trustee By Maryland Insurance Administration, and upon any Responses/Objections filed thereto, IT IS, by the UNITED STATES BANKRUPTCY COURT,

HEREBY ORDERED,

That the Subpoena issued by the Maryland Insurance Administration is QUASHED, and that Eagle Premier Title Group, LLC and Jennifer L. Alter are granted a PROTECTIVE ORDER barring the Trustee/Miles & Stockbridge from releasing, providing, and responding to the Subpoena issued by the Maryland Insurance Administration.

_____
**JUDGE**
**U.S. Bankruptcy Court**

{M0911527.1}