# Exhibit 3

 

# BEFORE THE MARYLAND INSURANCE COMMISSIONER
## SUBPOENA

**Subpoena No.** 2024-IFD-11    **MIA Case No.** TC-553-2022

**In The Matter Of:** Maryland Insurance Administration

**v.**

**Respondent:** Jennifer Lee Alter, Eagle Premier Title Group, LLC

**To:** Custodian of Records
Miles & Stockbridge P.C.
100 Light Street, 10th Street
Baltimore, Maryland 21202

**Served On:** Emily K. Devan, Esquire
(Person/Date/Time) edevan@milesstockbridge.com
Via Email
3/21/2024 @ 12:00 PM

PURSUANT TO the authority vested in the Maryland Insurance Commissioner by § 2-203(a) of the Insurance Article, Maryland Annotated Code, you are hereby required to produce all records within your possession or control as set forth below:

**Location:** Maryland Insurance Administration
200 St. Paul Place Ste 2700
Baltimore, Maryland 21202

**Date:** 04/05/2024

**Time:** 2:00 PM

**EVIDENCE TO BE PRODUCED:**

For the time period of January 1, 2017 to December 31, 2022, any and all title, transaction, and financial records relating to United States Bankruptcy Case No. 22-00193 involving Eagle Premier Title Group LLC, including but not limited to the following real estate transactions:

(1) 1110 Harlem Avenue, Baltimore, Maryland, 21207;
(2) 1133 Harlem Avenue, Baltimore, Maryland, 21207;
(3) 2735 Maryland Avenue, Baltimore, Maryland, 21208;
(4) 1018 Bennett Place, Baltimore, Maryland, 21223;
(5) 1025 Bennett Place, Baltimore, Maryland, 21223;
(6) 1246 Washington Boulevard, Baltimore, Maryland 21230;
(7) 1300 Sargent Street, Baltimore, Maryland, 21223;
(8) 1222 Glyndon Avenue, Baltimore, Maryland 21223.

Pursuant to § 2-203(b) of the Insurance Article, Maryland Annotated Code, if a person fails to comply with a properly served subpoena, the Commissioner may immediately institute an action in the appropriate Maryland Circuit Court, and seek an Order directing compliance with the subpoena. Section 2-203(f) of the Insurance Article, Maryland Annotated Code provides that it is a misdemeanor punishable by a fine not exceeding $1,000 or imprisonment not exceeding 6 months, or both, for any person to willfully fail to (i) appear and testify under oath before the Commissioner (ii) attend, answer or produce evidence requested by the Commissioner, or (iii) give the Commissioner full and truthful information and answer in writing to any material written inquiry of the Commissioner in relation to the subject of an examination, investigation, or hearing.

**KATHLEEN A. BIRRANE**
**Insurance Commissioner**

**By:** *Joseph E. Smith*    3/21/2024
**Joseph Smith, Acting Associate Commissioner**
**Insurance Fraud & Enforcement Division**

Questions regarding this Order may be directed to the Maryland Insurance Administration, 200 Saint Paul Place, Suite 2700, Baltimore, MD, 21202:

**Investigator:** Shaun O'Neill / shaun.oneill@maryland.gov    **Phone No.:** 561-284-4859