# Exhibit 4

WES MOORE
Governor

ARUNA MILLER
Lt. Governor



**Maryland**
INSURANCE ADMINISTRATION

KATHLEEN A. BIRRANE
Commissioner

TAMMY R. J. LONGAN
Acting Deputy Commissioner

MARY M. KWEI
Associate Commissioner
Market Regulation
& Professional Licensing

200 St. Paul Place, Suite 2700, Baltimore, Maryland 21202
Direct Dial: 410-468-2384 Fax: 410-468-2020
Email: maryam.akinmade@maryland.gov
1-800-492-6116 TTY: 1-800-735-2258
www.insurance.maryland.gov

**SENT VIA REGULAR AND CERTIFIED MAIL NO. 7020 3160 0000 2194 1240
AND VIA E-MAIL TO:** jennifer@eaglepremiertitle.com and RMunn@moodklaw.com

February 23, 2023

Roger R. Munn
Marks, O'Neill, O'Brien, Doherty & Kelly, P.C
600 Baltimore Avenue, Suite 305
Towson, MD  21204

RE:       MIA File Number:          **TC-18-2023**
          Complaint Case Number:    **20-20650-LSS (Chapter 7)**
          Title Insurer:            **Old Republic National Title Insurance Company**

Dear Mr. Munn:

As you know, the Maryland Insurance Administration ("Insurance Administration") is investigating the closings conducted by Eagle Premiere Title that are the subject of the bankruptcy case filed in the U.S. Bankruptcy Court for the District of Maryland, Case No. 20-20650-LSS.

We require additional information and documentation to continue our investigation. Accordingly, please provide the following documentation as requested:

1. Provide copies of the following documents from each of the 50 properties where Eagle Premier Title conducted the settlements and which are the subject of the above-referenced bankruptcy case:
    a. Closing Disclosure from the lender
    b. Any supplementary ALTA-HUD-1 form
    c. Closing Instructions from the lender
    d. Itemized disbursement with history from disbursement software
2. Please identify and group the documentation provided by property address.

Roger R. Munn
Page Two
February 23, 2023

You may provide the requested documentation in pdf form and email them to maryam.akinmade@maryland.gov or mail them to: Maryland Insurance Administration, Senior Enforcement Officer, Maryam Akinmade, 200 Saint Paul Place, Suite 2700, Baltimore Maryland 21202.

If you have any questions or concerns, please feel free to contact me.

Sincerely,

Maryam Akinmade
Senior Compliance and Enforcement Officer