APFee, SEALEDDOC, DISMISSED

# U.S. Bankruptcy Court
## District of Maryland (Greenbelt)
## Adversary Proceeding #: 22-00193

*Assigned to:* Judge Lori S. Simpson  
*Lead BK Case:* 20-20650  
*Lead BK Title:* SDI Properties, LLC  
*Lead BK Chapter:* 7  
*Demand:* $4000000000  

*Date Filed:* 10/07/22  
*Date Dismissed:* 03/29/24  
*Case Administrator :*   Amanda Kaniowski  
*Team Phone:*    410-962-0794  

*Nature[s] of Suit:*  13 Recovery of money/property - 548 fraudulent transfer  
02 Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)

**Plaintiff**
-----------------------
**Patricia B. Jefferson**  
Chapter 7 Tr. for the Estate of SDI Prop  
c/o Emily K. Devan, Esquire  
Miles & Stockbridge P.C.  
100 Light Street, 10th Floor  
Baltimore, MD 21202  
(410) 385-3406  
Email: pjefferson@milesstockbridge.com  

represented by **Emily Devan**  
Miles & Stockbridge P.C.  
100 Light Street  
Baltimore, MD 21202  
410-385-3413  
Fax : 410-385-3413  
Email: edevan@milesstockbridge.com  

**Jessica Lynne Duvall**  
Miles & Stockbridge PC  
100 Light Street, 5th floor  
21201  
Baltimore, MD 21201  
410-385-3436  
Email: jduvall@milesstockbridge.com  

V.

**Defendant**

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

**Jennifer L. Alter**
c/o Eagle Premier Title Group, LLC
1118 Light Street, Suite C
Baltimore, MD 21230

represented by **Kieran Fox**
Marks O'Neill O'Connor Doherty & Kelly
600 Baltimore Avenue
Ste 305
Towson, MD 21204
410-241-9629
Email: kfox@moodklaw.com

**Roger R Munn, Jr**
Marks ONeill OBrien Doherty Kelly PC
600 Baltimore Avenue, Ste 305
Ste 305
Baltimore, MD 21204
410-339-6880
Email: rmunn@moodklaw.com

*Defendant*
\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

**Eagle Premier Title Group, LLC**
Attn: Jennifer L. Alter, Res. Agt.
1118 Light Street, Suite C
Baltimore, MD 21230

represented by **Kieran Fox**
(See above for address)

**Roger R Munn, Jr**
(See above for address)

*Defendant*
\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

**Gregory Todd Alter, Jr.**
730 Shireoaks Dr.
Martinsburg, WV 25403

represented by **Anton L Iamele**
Iamele & Iamele, LLP
201 N. Charles Street
Suite 400
Baltimore, MD 21201
410-779-6160
Fax : 410-779-6161
Email: aiamele@iamelelaw.com

*Defendant*

MIA EX. 1

----------------------
**Kaiman Property Management, LLC**  represented by **Anton L Iamele**
c/o Gregory Todd Alter, Jr.                              (See above for address)
730 Shireoaks Dr.
Martinsburg, WV 25403

*Defendant*
----------------------
**Gregory Todd Alter, Sr.**  represented by **Anton L Iamele**
909 John St.                              Iamele & Iamele, LLP
Martinsburg, WV 25401                              201 N. Charles Street, Suite 400
                              Suite 400
                              Baltimore, MD 21201
                              (410)779-6160
                              Fax : (410)779-6161
                              Email: aiamele@iamelelaw.com

*Defendant*
----------------------
**Susan J. Alter**  represented by **Anton L Iamele**
909 John St.                              (See above for address)
Martinsburg, WV 25401

*3rd Party Plaintiff*
----------------------
**Jennifer L. Alter**  represented by **Roger R Munn, Jr**
c/o Eagle Premier Title Group, LLC                              Marks ONeill OBrien Doherty Kelly PC
1118 Light Street, Suite C                              600 Baltimore Avenue, Ste 305
Baltimore, MD 21230                              Ste 305
                              Baltimore, MD 21204
                              410-339-6880
                              Email: rmunn@moodklaw.com

*3rd Party Plaintiff*
----------------------
**Eagle Premier Title Group, LLC**  represented by **Roger R Munn, Jr**

| | |
|---|---|
| Attn: Jennifer L. Alter, Res. Agt.<br>1118 Light Street, Suite C<br>Baltimore, MD 21230 | (See above for address) |

V.

*3rd Pty Defendant*
-----------------------
**WCP Fund I, LLC**　　　　　　　　　　　　　　　　　　　　represented by **Maurice Belmont VerStandig**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　The VerStandig Law Firm, LLC
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　9812 Falls Road
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　#114-160
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Potomac, MD 20854
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　301-444-4600
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax : 301-444-4600
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: mac@mbvesq.com

*3rd Pty Defendant*
-----------------------
**Washington Capital Partners**　　　　　　　　　　　　　　represented by **Maurice Belmont VerStandig**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)

*3rd Party Plaintiff*
-----------------------
**Jennifer L. Alter**
c/o Eagle Premier Title Group, LLC
1118 Light Street, Suite C
Baltimore, MD 21230

*3rd Party Plaintiff*
-----------------------
**Eagle Premier Title Group, LLC**
Attn: Jennifer L. Alter, Res. Agt.
1118 Light Street, Suite C
Baltimore, MD 21230

MIA EX. 1

V.

*3rd Pty Defendant*
-----------------------
**WCP Fund I, LLC**

*3rd Pty Defendant*
-----------------------
**Washington Capital Partners**

| Filing Date | # | Docket Text |
|---|---|---|
| 10/07/2022 | 1<br>(81 pgs; 17 docs) | Adversary case 22-00193. (13 (Recovery of money/property - 548 fraudulent transfer)) Complaint by Emily Devan on behalf of Patricia B. Jefferson against Jennifer L. Alter, Eagle Premier Title Group, LLC, Gregory Todd Alter Jr., Kaiman Property Management, LLC, Gregory Todd Alter Sr., Susan J. Alter. The filing fee is DEFERRED - Plaintiff is the Trustee in the Bankruptcy case and will pay the fee to the extent that there is an estate. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I # 10 Exhibit J # 11 Exhibit K # 12 Exhibit L # 13 Exhibit M # 14 Exhibit N # 15 Exhibit O # 16 Exhibit P) (Devan, Emily) (Entered: 10/07/2022) |
| 10/13/2022 | 2<br>(1 pg) | Summons Issued on Gregory Todd Alter Jr. Date Issued 10/13/2022, Answer Due 11/14/2022; Gregory Todd Alter Sr. Date Issued 10/13/2022, Answer Due 11/14/2022; Jennifer L. Alter Date Issued 10/13/2022, Answer Due 11/14/2022; Susan J. Alter Date Issued 10/13/2022, Answer Due 11/14/2022; Eagle Premier Title Group, LLC Date Issued 10/13/2022, Answer Due 11/14/2022; Kaiman Property Management, LLC Date Issued 10/13/2022, Answer Due 11/14/2022 (related document(s)1 Complaint filed by Plaintiff Patricia B. Jefferson). Pre-Trial Conference set for 11/30/2022 at 10:00 AM by videoconference or teleconference. For hearing access information see www.mdb.uscourts.gov/hearings or call 410-962-2688. (Chandler, Joseph) (Entered: 10/13/2022) |
| 10/13/2022 | 3<br>(2 pgs) | Reissued Summons Issued on Gregory Todd Alter Jr. Date Issued 10/13/2022, Answer Due 11/14/2022; Gregory Todd Alter Sr. Date Issued 10/13/2022, Answer Due 11/14/2022; Jennifer L. Alter Date Issued 10/13/2022, Answer Due 11/14/2022; Susan J. Alter Date Issued 10/13/2022, Answer Due 11/14/2022; Eagle Premier Title Group, LLC Date Issued 10/13/2022, Answer Due 11/14/2022; Kaiman Property Management, LLC Date Issued 10/13/2022, Answer Due 11/14/2022 (related document(s)1 Complaint filed by Plaintiff Patricia B. Jefferson). Pre-Trial Conference set for 11/30/2022 at 10:00 AM by videoconference or teleconference. For hearing access information see www.mdb.uscourts.gov/hearings or call 410-962-2688. (Chandler, Joseph) (Entered: 10/13/2022) |
| 10/15/2022 | 4<br>(2 pgs) | BNC Certificate of Mailing. (related document(s)2 Summons Issued). No. of Notices: 0. Notice Date 10/15/2022. (Admin.) (Entered: 10/16/2022) |

| | | |
|---|---|---|
| 10/15/2022 | [5](#) (3 pgs) | BNC Certificate of Mailing. (related document(s)[3](#) Summons Issued). No. of Notices: 0. Notice Date 10/15/2022. (Admin.) (Entered: 10/16/2022) |
| 11/30/2022 | | Disposition Without Hearing: re: [1](#) Complaint - HEARING CANCELLED, MOTION TO CONTINUE TO BE FILED. (related document(s) [1](#) Complaint ) (Bellman, Gloria) (Entered: 11/30/2022) |
| 12/02/2022 | [6](#) (5 pgs; 2 docs) | Motion to Continue Hearing Scheduled for November 30, 2022 Filed by Patricia B. Jefferson (related document(s)[1](#) Complaint filed by Plaintiff Patricia B. Jefferson, Disposition Without Hearing). (Attachments: # [1](#) Proposed Order) (Devan, Emily) (Entered: 12/02/2022) |
| 12/07/2022 | [7](#) (2 pgs) | Order Continuing Pretrial Conference. Plaintiff to file proper affidavits of service within 7 days of the date of the entry of this Order. The Pretrial Conference is continued to January 4, 2023 at 10:00 a.m. via video conference. Please see www.mdb.uscourts.gov/hearings (see Judge Lori S. Simpson/All other hearings access/Morning Docket) to register and obtain Zoom access for hearing participation (related document(s):[1](#) Complaint filed by Plaintiff Patricia B. Jefferson, [6](#) Motion to Continue/Reschedule Hearing filed by Plaintiff Patricia B. Jefferson). Pre-Trial Conference set for 1/4/2023 at 10:00 AM by videoconference. (Devine, Ellen) (Entered: 12/07/2022) |
| 12/09/2022 | [8](#) (9 pgs) | Notice of Appearance Filed by Jennifer L. Alter, Eagle Premier Title Group, LLC. (Munn, Roger) (Entered: 12/09/2022) |
| 12/09/2022 | [9](#) (9 pgs) | Notice of Appearance Filed by Jennifer L. Alter, Eagle Premier Title Group, LLC. (Fox, Kieran) (Entered: 12/09/2022) |
| 12/09/2022 | [10](#) (18 pgs; 3 docs) | DISREGARD, REFILED AT [12](#) WITH CORRECT PROPOSED ORDER. Consent Motion to Extend Time to Respond Filed by Jennifer L. Alter, Eagle Premier Title Group, LLC. (Attachments: # [1](#) Proposed Order # [2](#) Certificate of Service) (Fox, Kieran) Modified on 12/9/2022 (Cumberland, Erica). Modified on 12/12/2022 (Devine, Ellen). (Entered: 12/09/2022) |
| 12/09/2022 | [11](#) (1 pg) | Notice of Missing Corporate Ownership Statement. (Cumberland, Erica) (Entered: 12/09/2022) |
| 12/09/2022 | [12](#) (19 pgs; 3 docs) | Consent Motion to Extend Time to File an Answer to [1](#) Complaint Filed by Jennifer L. Alter, Eagle Premier Title Group, LLC. (Attachments: # [1](#) Proposed Order Consent Order # [2](#) Certificate of Service) (Fox, Kieran) Modified on 12/12/2022 (Devine, Ellen). (Entered: 12/09/2022) |
| 12/09/2022 | [13](#) (4 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s)[7](#) Order on Motion to Continue/Reschedule Hearing). No. of Notices: 6. Notice Date 12/09/2022. (Admin.) (Entered: 12/10/2022) |
| 12/11/2022 | [14](#) (2 pgs) | BNC Certificate of Mailing. (related document(s)[11](#) Notice of Missing Corporate Ownership Statement). No. of Notices: 0. Notice Date 12/11/2022. (Admin.) (Entered: 12/12/2022) |

| | | |
|---|---|---|
| 12/12/2022 | 15<br>(3 pgs) | Affidavit of Summons Service Executed on Gregory Todd Alter Jr. 10/13/2022; Gregory Todd Alter Sr. 10/13/2022; Jennifer L. Alter 10/13/2022; Susan J. Alter 10/13/2022; Eagle Premier Title Group, LLC 10/13/2022; Kaiman Property Management, LLC 10/13/2022. (Devan, Emily) (Entered: 12/12/2022) |
| 12/12/2022 | 16<br>(3 pgs) | Consent Order Granting Motion for Extension of Time to January 3, 2023, for Jennifer Alter and Eagle Premier Title Group, LLC to Respond to Complaint (related document(s):12 Motion to Extend Time filed by Defendant Jennifer L. Alter, Defendant Eagle Premier Title Group, LLC). (Devine, Ellen) (Entered: 12/12/2022) |
| 12/14/2022 | 17<br>(5 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s)16 Order on Motion to Extend Time). No. of Notices: 4. Notice Date 12/14/2022. (Admin.) (Entered: 12/15/2022) |
| 12/22/2022 | 18<br>(2 pgs) | Statement of Corporate Ownership filed. Filed by Kieran Fox. (Fox, Kieran) (Entered: 12/22/2022) |
| 01/03/2023 | 19<br>(21 pgs) | Answer to Complaint by Gregory Todd Alter, Jr., Gregory Todd Alter,. Sr., Susan Alter, and Kaiman Property Management, LLC Filed by Gregory Todd Alter Jr., Gregory Todd Alter, Sr., Susan Alter, Kaiman Property Management LLC (Iamele, Anton) Modified on 1/4/2023 (Devine, Ellen). Modified on 1/4/2023 (Devine, Ellen). (Entered: 01/03/2023) |
| 01/03/2023 | 20<br>(21 pgs) | DUPLICATE OF 19. Answer to Complaint by Gregory Todd Alter Jr., Gregory Todd Alter, Sr., Susan Alter and Kaiman Property Management Filed by Gregory Todd Alter Jr., Gregory Todd Alter, Sr., Susan Alter and Kaiman Property Management. (Iamele, Anton) Modified on 1/4/2023 (Devine, Ellen). Modified on 1/9/2023 (Devine, Ellen). (Entered: 01/03/2023) |
| 01/03/2023 | 21<br>(3 pgs) | Statement of Corporate Ownership filed. Filed by Anton L Iamele. (Iamele, Anton) (Entered: 01/03/2023) |
| 01/03/2023 | 22<br>(4 pgs) | Status Letter/Report (Joint Rule 26(f) Report) Filed by Emily Devan. (Devan, Emily) (Entered: 01/03/2023) |
| 01/03/2023 | 23<br>(61 pgs) | Answer to Complaint Filed by Jennifer L. Alter, Eagle Premier Title Group, LLC. (Fox, Kieran) (Entered: 01/03/2023) |
| 01/04/2023 | | Disposition Without Hearing (HEARING CANCELLED): re: 1 Complaint - 26F Report filed, scheduling order to be entered. (related document(s) 1 Complaint ) (Bellman, Gloria) (Entered: 01/04/2023) |
| 01/12/2023 | | Returned Mail: mail sent via USPS was returned as undeliverable for the following: Mailed on 12/09/2022 a notice RE: Order on Motion to Continue/Reschedule Hearing TO Gregory Todd Alter, Sr. 909 John St. Martinsburg, WV 25401-2249. (admin) (Entered: 01/12/2023) |

MIA EX. 1

| | | |
|---|---|---|
| 01/17/2023 | [24](#) (1 pg) | Notice of returned mail to a party, Gregory Todd Alter (dft), in this case. (admin) (Entered: 01/17/2023) |
| 01/19/2023 | [25](#) (3 pgs) | Scheduling Order (related document(s)[1](#) Complaint filed by Plaintiff Patricia B. Jefferson, [19](#) Answer to Complaint filed by Defendant Gregory Todd Alter, Defendant Kaiman Property Management, LLC, Defendant Susan J. Alter, [23](#) Answer to Complaint filed by Defendant Jennifer L. Alter, Defendant Eagle Premier Title Group, LLC). Counter Designation due 4/28/2023. Expert Witness and Reports due by 4/14/2023. Discovery due by 7/31/2023. Dispositive Motions due by 8/21/2023. Exhibit List, Exhibits, and List of Witnesses due by 10/2/2023. Counter-Designation under Rule 32(a)(6)Fed.R.Viv.P.due by 10//16/2023. Written Objections to Exhibits due by 10/31/2023. Pre-Trial Statements due by 10/31/2023. Final Pre-Trial Conference set for 11/15/2023 at 10:00 AM in Courtroom 3-D, 6500 Cherrywood Lane, Greenbelt, Maryland. Trial date-1 set for 12/4/2023 at 10:00 AM, Courtroom 3-D, 6500 Cherrywood Lane, Greenbelt, Maryland. Trial date-2 set for 12/5/2023 at 10:00 AM, Courtroom 3-D, 6500 CherrywoodLane, Greenbelt, Maryland. Trial date-3 set for 12/6/2023 at 10:00 AM, Courtroom 3-D, 6500 Cherrywood Lane, Greenbelt, Maryland. Trial date-4 set for 12/7/2023, Courtroom 3-D, 6500 Cherrywood Lane, Greenbelt, Maryland. Trial date-5 set for 12/8/2023, Courtroom 3-D, 6500 Cherrywood Lane, Greenbelt, Maryland. (Devine, Ellen) (Entered: 01/19/2023) |
| 01/19/2023 | [26](#) (3 pgs) | BNC Certificate of Mailing. (related document(s)[24](#)). No. of Notices: 6. Notice Date 01/19/2023. (Admin.) (Entered: 01/20/2023) |
| 01/20/2023 | [27](#) (36 pgs; 4 docs) | Motion for Leave to File Third Party Complaint Filed by Jennifer L. Alter, Eagle Premier Title Group, LLC. (Attachments: # [1](#) Third Party Complaint # [2](#) Exhibit Exhibit A # [3](#) Exhibit Exhibit B) (Munn, Roger) (Entered: 01/20/2023) |
| 01/21/2023 | [28](#) (5 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s)[25](#) Scheduling Order). No. of Notices: 6. Notice Date 01/21/2023. (Admin.) (Entered: 01/22/2023) |
| 01/23/2023 | [29](#) (1 pg) | PROPOSED ORDER Filed by Roger R Munn Jr (related document(s)[27](#) Motion for Miscellaneous Relief filed by Defendant Jennifer L. Alter, Defendant Eagle Premier Title Group, LLC). (Munn, Roger) Modified on 1/25/2023 (Devine, Ellen). (Entered: 01/23/2023) |
| 01/25/2023 | [30](#) (2 pgs) | Deficiency Notice (related document(s)[27](#) Motion for Leave to File Third Party Complaint filed by Defendant Jennifer L. Alter, Defendant Eagle Premier Title Group, LLC, [29](#) PROPOSED ORDER filed by Defendant Jennifer L. Alter,Eagle Premier Title Group, LLC). Cured Pleading - Proposed Order due by 2/8/2023. (Devine, Ellen) (Entered: 01/25/2023) |
| 01/25/2023 | [31](#) (2 pgs) | PROPOSED ORDER Filed by Roger R Munn Jr (related document(s)[27](#) Motion for Miscellaneous Relief filed by Defendant Jennifer L. Alter, Defendant Eagle Premier Title Group, LLC, [29](#) Support Document filed by Defendant Eagle Premier Title Group, LLC, ). (Munn, Roger) Modified on 1/26/2023 (Devine, Ellen). (Entered: 01/25/2023) |
| 01/25/2023 | | Deficiency Satisfied (related document(s)[27](#) Motion for Miscellaneous Relief filed by Defendant Jennifer L. Alter, Defendant Eagle Premier Title Group, LLC, [29](#) Support Document filed by Defendant Eagle Premier Title Group, |

MIA EX. 1

| | | |
|---|---|---|
| | | LLC, 30 Deficiency Notice). (Devine, Ellen) (Entered: 01/26/2023) |
| 01/27/2023 | 32 (3 pgs) | BNC Certificate of Mailing. (related document(s)30 Deficiency Notice). No. of Notices: 2. Notice Date 01/27/2023. (Admin.) (Entered: 01/28/2023) |
| 02/10/2023 | 33 (2 pgs) | Order for Leave of Court to File Third-Party Complaint (related document(s):27 Motion for Leave to File Third Party Complaint Filed by filed by Defendant Jennifer L. Alter, Defendant Eagle Premier Title Group, LLC). (Devine, Ellen) (Entered: 02/10/2023) |
| 02/10/2023 | 40 (32 pgs; 3 docs) | ***DISMISSED AT 77*** Third-Party Complaint by Jennifer L. Alter, Eagle Premier Title Group, LLC against WCP Fund I, LLC, Washington Capital Partners. (Attachments: # 1 Exhibit # 2 Exhibit) (Devine, Ellen) Modified on 7/17/2023 (Kaniowski, Amanda). (Entered: 03/02/2023) |
| 02/12/2023 | 34 (4 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s)33 Order on Motion for Miscellaneous Relief). No. of Notices: 5. Notice Date 02/12/2023. (Admin.) (Entered: 02/13/2023) |
| 02/14/2023 | 35 (5 pgs) | Plaintiff's Initial Disclosures Pursuant to Bankruptcy Rule 7026 Filed by Emily Devan. (Devan, Emily). Related document(s) 1 Complaint filed by Plaintiff Patricia B. Jefferson. Modified on 2/15/2023 (Devine, Ellen). (Entered: 02/14/2023) |
| 02/15/2023 | 36 (7 pgs) | Defendant's Initial Disclosures Pursuant to Bankruptcy Rule 7026 Filed on behalf of Jennifer Alter and Eagle Premier Title Group LLC by Kieran Fox. (Fox, Kieran) Modified on 2/16/2023 (Devine, Ellen). Modified on 2/16/2023 (Devine, Ellen). Modified on 2/16/2023 (Devine, Ellen). (Entered: 02/15/2023) |
| 02/15/2023 | 37 (5 pgs) | Initial Disclosure Pursuant to Bankruptcy Rule 7026 on Behalf of Gregory Todd Alter, Jr., Gregory Todd Alter, Sr., Susan J. Alter and Kaiman Property Management Filed by Anton L Iamele. (Iamele, Anton) Modified on 2/16/2023 (Devine, Ellen). (Entered: 02/15/2023) |
| 02/16/2023 | 38 (1 pg) | Deficiency Notice (related document(s)35 Rule 7026/Discovery Report filed by Plaintiff Patricia B. Jefferson). Cured Pleading - certificate of service due by 3/2/2023. (Devine, Ellen) (Entered: 02/16/2023) |
| 02/17/2023 | 39 (1 pg) | Certificate of Service of Plaintiff's Initial Disclosures Pursuant to Rule 7026 Filed by Emily Devan (related document(s)35 Rule 7026/Discovery Report filed by Plaintiff Patricia B. Jefferson). (Devan, Emily) (Entered: 02/17/2023) |
| 02/17/2023 | | Deficiency Satisfied (related document(s)35 Rule 7026/Discovery Report filed by Plaintiff Patricia B. Jefferson, 38 Deficiency Notice). (Devine, Ellen) (Entered: 02/21/2023) |
| 03/06/2023 | 41 (2 pgs) | Third-Party Summons Issued on WCP Fund I, LLC Date Issued 3/6/2023, Answer Due 4/5/2023; Washington Capital Partners Date Issued 3/6/2023, Answer Due 4/5/2023. Pre-Trial Conference set for 4/26/2023 at 10:00 AM |

MIA EX. 1

| | | |
|---|---|---|
| | | by videoconference or teleconference. For hearing access information see www.mdb.uscourts.gov/hearings or call 410-962-2688. (Devine, Ellen) (Entered: 03/06/2023) |
| 03/0 /2023 | 42 (4 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s)41 Third-Party/Intervenor Summons Issued). No. of Notices: 8. Notice Date 03/08/2023. (Admin.) (Entered: 03/09/2023) |
| 03/08/2023 | 43 (4 pgs) | BNC Certificate of Mailing. (related document(s)41 Third-Party/Intervenor Summons Issued). No. of Notices: 8. Notice Date 03/08/2023. (Admin.) (Entered: 03/09/2023) |
| 03/28/2023 | 44 (41 pgs) | Motion to Dismiss Document, or in the Alternative, Strike Third Party Complaint Filed by WCP Fund I, LLC, Washington Capital Partners (related document(s)40 Third-Party Complaint filed by 3rd Party Plaintiff Jennifer L. Alter, Defendant Jennifer L. Alter, 3rd Party Plaintiff Eagle Premier Title Group, LLC, Defendant Eagle Premier Title Group, LLC). (VerStandig, Maurice) Modified on 3/29/2023 (Devine, Ellen). (Entered: 03/28/2023) |
| 03/30/2023 | 45 (1 pg) | Deficiency Notice (related document(s)44 Motion to Dismiss Document filed by 3rd Pty Defendant Washington Capital Partners, 3rd Pty Defendant WCP Fund I, LLC). Cured Pleading - Proposed Order due by 4/13/2023. (Devine, Ellen) (Entered: 03/30/2023) |
| 03/30/2023 | 46 (3 pgs) | Notice of Service regarding Plaintiff's Initial Request for Production of Documents and Interrogatories propounded on Defendants. Filed by Patricia B. Jefferson (related document(s)25 Scheduling Order). (Devan, Emily) (Entered: 03/30/2023) |
| 04/09/2023 | 47 (5 pgs; 2 docs) | Line Attaching Proposed Order Filed by Maurice Belmont VerStandig (related document(s)44 Motion to Dismiss Document filed by 3rd Pty Defendant Washington Capital Partners, 3rd Pty Defendant WCP Fund I, LLC, 45 Deficiency Notice). (Attachments: # 1 Exhibit A - Proposed Order) (VerStandig, Maurice) (Entered: 04/09/2023) |
| 04/09/2023 | | Deficiency Satisfied (related document(s)44 Motion to Dismiss Document filed by 3rd Pty Defendant Washington Capital Partners, 3rd Pty Defendant WCP Fund I, LLC, 45 Deficiency Notice). (Devine, Ellen) (Entered: 04/18/2023) |
| 04/14/2023 | 48 (19 pgs; 3 docs) | Notice of Expert Disclosure Filed by Jennifer L. Alter, Eagle Premier Title Group, LLC. (Attachments: # 1 Exhibit A # 2 Exhibit Exhibit B)(Munn, Roger) (Entered: 04/14/2023) |
| 04/17/2023 | 49 (3 pgs) | Notice of Service regarding Plaintiff's Expert Witness Designation. Filed by Patricia B. Jefferson (related document(s)25 Scheduling Order). (Devan, Emily) (Entered: 04/17/2023) |
| 04/25/2023 | | Disposition Without Hearing: re: 41 Third-Party/Intervenor Summons Issued - HEARING TO BE RESCHEDULED TO BE SET WITH HEARING ON MOTION TO DISMISS. (related document(s) 41 Third-Party/Intervenor Summons Issued ) (Bellman, Gloria) (Entered: 04/25/2023) |

MIA EX. 1

| | | |
|---|---|---|
| 04/26/2023 | [50](#)<br>(68 pgs; 4 docs) | ***STRICKEN AT [77](#)*** Amended Third-Party Complaint by Jennifer L. Alter, Eagle Premier Title Group, LLC against WCP Fund I, LLC, Washington Capital Partners. (Attachments: # [1](#) Exhibit Exhibit A # [2](#) Exhibit Exhibit B # [3](#) Exhibit Exhibit C) (Munn, Roger). Related document(s) [40](#) Third-Party Complaint filed by 3rd Party Plaintiff Jennifer L. Alter, Defendant Jennifer L. Alter, 3rd Party Plaintiff Eagle Premier Title Group, LLC, Defendant Eagle Premier Title Group, LLC. Modified on 4/28/2023 (Devine, Ellen). Modified on 7/17/2023 (Kaniowski, Amanda). (Entered: 04/26/2023) |
| 04/26/2023 | [51](#)<br>(68 pgs; 6 docs) | Response on behalf of Jennifer L. Alter, Eagle Premier Title Group, LLC Filed by Roger R Munn Jr (related document(s)[44](#) Motion to Dismiss Document filed by 3rd Pty Defendant Washington Capital Partners, 3rd Pty Defendant WCP Fund I, LLC). (Attachments: # [1](#) Table of Contents # [2](#) Exhibit Exhibit A # [3](#) Exhibit Exhibit B # [4](#) Exhibit Exhibit C # [5](#) Proposed Order Proposed Order) (Munn, Roger) (Entered: 04/26/2023) |
| 04/28/2023 | [52](#)<br>(39 pgs; 2 docs) | Motion For Leave to File Third Party Complaint Filed by Gregory Todd Alter Jr., Gregory Todd Alter, Sr., Susan J. Alter and Kaiman Property Management, LLC (Attachments: # [1](#) Appendix Proposed Third Party Complaint) (Iamele, Anton) Modified on 5/1/2023 (Devine, Ellen). Modified on 5/2/2023 (Devine, Ellen). Modified on 5/2/2023 (Devine, Ellen). (Entered: 04/28/2023) |
| 04/28/2023 | [53](#)<br>(3 pgs) | Notice of Service regarding Discovery. Filed by Jennifer L. Alter, Eagle Premier Title Group, LLC. (Munn, Roger) (Entered: 04/28/2023) |
| 05/01/2023 | [54](#)<br>(5 pgs; 2 docs) | Line with Proposed Order Filed by Anton L Iamele (related document(s)[52](#) Motion for Miscellaneous Relief filed by Defendant Gregory Todd Alter, Jr., Gregory Todd Alter, Sr., Susan J. Alter, Defendant Kaiman Property Management, LLC). (Attachments: # [1](#) Proposed Order) (Iamele, Anton) Modified on 5/2/2023 (Devine, Ellen). Modified on 5/2/2023 (Devine, Ellen). (Entered: 05/01/2023) |
| 05/01/2023 | [55](#)<br>(6 pgs; 2 docs) | Line Reflecting Submission of Altered Proposed Order Filed by Anton L Iamele (related document(s)[52](#) Motion for Miscellaneous Relief filed by Defendant Gregory Todd Alter, Jr., Gregory Todd Alter, Sr., , Susan J. Alter, Defendant Kaiman Property Management, LLC). (Attachments: # [1](#) Proposed Order) (Iamele, Anton) Modified on 5/2/2023 (Devine, Ellen). Modified on 5/2/2023 (Devine, Ellen). (Entered: 05/01/2023) |
| 05/03/2023 | [56](#)<br>(3 pgs) | Notice of Service regarding Discovery Requests. Filed by Patricia B. Jefferson (related document(s)[25](#) Scheduling Order). (Devan, Emily) (Entered: 05/03/2023) |
| 05/09/2023 | [57](#)<br>(2 pgs) | Notice of Hearing (related document(s)[44](#) Motion to Dismiss Document or in the Alternative, Strike Third Party Complaint filed by 3rd Pty Defendant Washington Capital Partners, 3rd Pty Defendant WCP Fund I, LLC, [50](#) Amended Third-Party Complaint filed by 3rd Party Plaintiff Jennifer L. Alter, Defendant Jennifer L. Alter, 3rd Party Plaintiff Eagle Premier Title Group, LLC, Defendant Eagle Premier Title Group, LLC, [51](#) Response filed by 3rd Party Plaintiff Jennifer L. Alter, Defendant Jennifer L. Alter, 3rd Party Plaintiff Eagle Premier Title Group, LLC, Defendant Eagle Premier Title Group, LLC). Hearing scheduled for 6/12/2023 at 10:00 AM, IN PERSON, at Courtroom 3-D, Greenbelt, Judge Simpson. (Devine, Ellen) (Entered: 05/09/2023) |

MIA EX. 1

| | | |
|---|---|---|
| 05/09/2023 | 58<br>(273 pgs; 3 docs) | Response on behalf of WCP Fund I, LLC, Washington Capital Partners Filed by Maurice Belmont VerStandig (related document(s)50 Third-Party Complaint filed by 3rd Party Plaintiff Jennifer L. Alter, Defendant Jennifer L. Alter, 3rd Party Plaintiff Eagle Premier Title Group, LLC, Defendant Eagle Premier Title Group, LLC, 51 Response filed by 3rd Party Plaintiff Jennifer L. Alter, Defendant Jennifer L. Alter, 3rd Party Plaintiff Eagle Premier Title Group, LLC, Defendant Eagle Premier Title Group, LLC). (Attachments: # 1 Exhibit A - Autocompare Redline # 2 Proposed Order) (VerStandig, Maurice) (Entered: 05/09/2023) |
| 05/09/2023 | 59<br>(4 pgs) | Response on behalf of Patricia B. Jefferson Filed by Emily Devan (related document(s)51 Response filed by 3rd Party Plaintiff Jennifer L. Alter, Defendant Jennifer L. Alter, 3rd Party Plaintiff Eagle Premier Title Group, LLC, Defendant Eagle Premier Title Group, LLC). (Devan, Emily) (Entered: 05/09/2023) |
| 05/11/2023 | 60<br>(4 pgs) | BNC Certificate of Mailing - Hearing. (related document(s)57 Notice of Hearing). No. of Notices: 7. Notice Date 05/11/2023. (Admin.) (Entered: 05/12/2023) |
| 05/12/2023 | 61<br>(8 pgs; 2 docs) | Motion to Extend Time to Propound Written Discovery Filed by Gregory Todd Alter Jr., Gregory Todd Alter, Sr., Susan J. Alter and Kaiman Property Management, LLC. (Attachments: # 1 Proposed Order) (Iamele, Anton) Modified on 5/12/2023 (Devine, Ellen). (Entered: 05/12/2023) |
| 05/13/2023 | 62<br>(48 pgs; 8 docs) | Motion to Quash Subpoena, or in the alternative, Motion for Protective Order Filed by Gregory Todd Alter Jr., Gregory Todd Alter, Sr., Sustan J. Alter and Kaiman Property Management, LLC. (Attachments: # 1 Appendix Certificate of Good Faith Effort # 2 Exhibit May 1, 2023 Subpoena # 3 Exhibit Exhibit 2 # 4 Exhibit Exhibit 3 # 5 Exhibit Exhibit 4 # 6 Exhibit Exhibit 5 # 7 Proposed Order Proposed Order) (Iamele, Anton) Modified on 5/15/2023 (Devine, Ellen). (Entered: 05/13/2023) |
| 05/15/2023 | 63<br>(5 pgs) | Response on behalf of WCP Fund I, LLC, Washington Capital Partners Filed by Maurice Belmont VerStandig (related document(s)52 Motion for Miscellaneous Relief filed by Defendant Gregory Todd Alter, Defendant Kaiman Property Management, LLC, Defendant Susan J. Alter). (VerStandig, Maurice) (Entered: 05/15/2023) |
| 05/15/2023 | 64<br>(1 pg) | Notice of Service regarding service of Subpoena. Filed by Patricia B. Jefferson (related document(s)25 Scheduling Order). (Devan, Emily) (Entered: 05/15/2023) |
| 05/16/2023 | 65<br>(1 pg) | Notice of Hearing (related document(s)52 Motion for Miscellaneous Relief filed by Defendant Gregory Todd Alter, Defendant Kaiman Property Management, LLC, Defendant Susan J. Alter, 63 Response filed by 3rd Pty Defendant Washington Capital Partners, 3rd Pty Defendant WCP Fund I, LLC). Hearing scheduled for 6/12/2023 at 10:00 IN PERSON, at Courtroom 3-D, Greenbelt, Judge Simpson. (Cumberland, Erica) (Entered: 05/16/2023) |
| 05/16/2023 | 66<br>(3 pgs) | Line Filed by Roger R Munn Jr. on behalf of Defendants Jennifer L. Alter and Eagle Premier Title Group, LLC withdrawing the discovery propounded upon Third Party Defendant WCP (Munn, Roger) Modified on 5/17/2023 (Devine, Ellen). (Entered: 05/16/2023) |
| 05/18/2023 | 67 | BNC Certificate of Mailing - Hearing. (related document(s)65 Notice of Hearing). No. of Notices: 6. Notice Date |

MIA EX. 1

| | | |
|---|---|---|
| | (3 pgs) | 05/18/2023. (Admin.) (Entered: 05/19/2023) |
| 05/26/2023 | 68<br>(37 pgs; 5 docs) | Motion to Quash Untimely Discovery and/or for a Protective Order, and Opposition to Motion to Extend Time to Propound Written Discovery Filed by Patricia B. Jefferson (related document(s)61 Motion to Extend Time filed by Defendant Gregory Todd Alter, Defendant Kaiman Property Management, LLC, Defendant Gregory Todd Alter, Defendant Susan J. Alter). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit Certification of Conference # 4 Proposed Order) (Devan, Emily) (Entered: 05/26/2023) |
| 05/30/2023 | 69<br>(13 pgs; 2 docs) | Opposition on behalf of Patricia B. Jefferson Filed by Emily Devan (related document(s)62 Motion to Quash filed by Defendant Gregory Todd Alter, Defendant Kaiman Property Management, LLC, Defendant Gregory Todd Alter, Defendant Susan J. Alter). (Attachments: # 1 Exhibit A) (Devan, Emily) (Entered: 05/30/2023) |
| 05/30/2023 | 70<br>(3 pgs) | Notice of Service regarding Discovery. Filed by Jennifer L. Alter, Eagle Premier Title Group, LLC. (Munn, Roger) (Entered: 05/30/2023) |
| 06/09/2023 | 71<br>(2 pgs) | Order directing Parties to Meet and Confer (related document)62 Motion to Quash or in the alternative, Motion for Protective Order filed by Defendant Gregory Todd Alter, Defendant Kaiman Property Management, LLC, Defendant Gregory Todd Alter, Defendant Susan J. Alter. (Rybczynski, Mark) (Entered: 06/09/2023) |
| 06/11/2023 | 72<br>(4 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s)71 Order (Generic)). No. of Notices: 6. Notice Date 06/11/2023. (Admin.) (Entered: 06/12/2023) |
| 06/12/2023 | 73<br>(3 pgs) | IN PERSON Hearing Held and Continued for Video Conference Ruling (related document(s)44 Motion to Dismiss Document filed by 3rd Pty Defendant Washington Capital Partners, 3rd Pty Defendant WCP Fund I, LLC, 50 Third-Party Complaint filed by 3rd Party Plaintiff Jennifer L. Alter, Defendant Jennifer L. Alter, 3rd Party Plaintiff Eagle Premier Title Group, LLC, Defendant Eagle Premier Title Group, LLC, 51 Response filed by 3rd Party Plaintiff Jennifer L. Alter, Defendant Jennifer L. Alter, 3rd Party Plaintiff Eagle Premier Title Group, LLC, Defendant Eagle Premier Title Group, LLC, 52 Motion for Miscellaneous Relief filed by Defendant Gregory Todd Alter, Defendant Kaiman Property Management, LLC, Defendant Susan J. Alter, 63 Response filed by 3rd Pty Defendant Washington Capital Partners, 3rd Pty Defendant WCP Fund I, LLC). Hearing scheduled for 6/16/2023 at 08:30 AM by videoconference. For hearing access information see www.mdb.uscourts.gov/hearings (see Honorable Lori S. Simpson/all other hearings access/morning docket) to register and obtain Zoom link for hearing participation. (Bellman, Gloria) (Entered: 06/12/2023) |
| 06/16/2023 | 74<br>(2 pgs) | Order Quashing Requests for Admissions and Denying Motion to Extend Time to Propound Written Discovery (related document):68 Motion to Quash Untimely Discovery and/or for a Protective Order, and Opposition to Motion to Extend Time to Propound Written Discovery filed by Plaintiff Patricia B. Jefferson. (Rybczynski, Mark) (Entered: 06/16/2023) |
| 06/16/2023 | 75<br>(3 pgs) | VIRTUAL ORAL RULING Hearing Held document(s)44 Motion to Dismiss Document filed by 3rd Pty Defendant Washington Capital Partners, 3rd Pty Defendant WCP Fund I, LLC, - *** GRANTED *** 50 Third-Party Complaint filed by 3rd Party Plaintiff Jennifer L. Alter, Defendant Jennifer L. Alter, 3rd Party Plaintiff Eagle Premier Title Group, LLC, Defendant Eagle Premier Title Group, LLC, - *** GRANTED *** 51 Response filed by |

MtA EX. 1

| | | |
|---|---|---|
| | | 3rd Party Plaintiff Jennifer L. Alter, Defendant Jennifer L. Alter, 3rd Party Plaintiff Eagle Premier Title Group, LLC, Defendant Eagle Premier Title Group, LLC, 52 Motion for Miscellaneous Relief filed by Defendant Gregory Todd Alter, Defendant Kaiman Property Management, LLC, Defendant Susan J. Alter, - *** DENIED WITHOUT PREJUDICE *** 63 Response filed by 3rd Pty Defendant Washington Capital Partners, 3rd Pty Defendant WCP Fund I, LLC). (Bellman, Gloria) (Entered: 06/22/2023) |
| 06/22/2023 | 76<br>(4 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s)74 Order on Motion To Quash). No. of Notices: 6. Notice Date 06/22/2023. (Admin.) (Entered: 06/23/2023) |
| 07/17/2023 | 77<br>(2 pgs) | Order Granting Motion to Dismiss, or in the Alternative, Strike, Third-Party Complaint (related document(s):44 Motion to Dismiss Document filed by 3rd Pty Defendant Washington Capital Partners, 3rd Pty Defendant WCP Fund I, LLC). (Kaniowski, Amanda) (Entered: 07/17/2023) |
| 07/17/2023 | 78<br>(2 pgs) | Order Denying Motion for Leave to File Third-Party Complaint (related document(s):52 Motion for Miscellaneous Relief filed by Defendant Gregory Todd Alter, Defendant Kaiman Property Management, LLC, Defendant Susan J. Alter). (Kaniowski, Amanda) (Entered: 07/17/2023) |
| 08/08/2023 | 79<br>(7 pgs; 2 docs) | ***WITHDRAWN AT 81*** Motion to Amend Scheduling Order Filed by Patricia B. Jefferson. (Attachments: # 1 Proposed Order) (Duvall, Jessica). Related document(s) 25 Scheduling Order. Modified on 8/9/2023 (Kaniowski, Amanda). Modified on 8/15/2023 (Kaniowski, Amanda). (Entered: 08/08/2023) |
| 08/11/2023 | 80<br>(7 pgs; 2 docs) | Motion to Amend Scheduling Order (Joint) Filed by Patricia B. Jefferson (related document(s)25 Scheduling Order). (Attachments: # 1 Proposed Order) (Devan, Emily) (Entered: 08/11/2023) |
| 08/15/2023 | 81<br>(2 pgs) | Withdrawal of Document on behalf of Patricia B. Jefferson Filed by Emily Devan (related document(s)79 Motion to Amend filed by Plaintiff Patricia B. Jefferson). (Devan, Emily) (Entered: 08/15/2023) |
| 08/22/2023 | 82<br>(2 pgs) | Order Granting Joint Motion To Revise Scheduling Order: The Final Pretrial Conference is scheduled for March 6, 2024 at 10:00 a.m. via Video Conference (contact courtroom deputy for instructions). The trial (IN PERSON) is scheduled for March 18-22, 2024 at 10:00 a.m. in Courtroom 3D, 6500 Cherrywood Lane,Greenbelt, MD 20770. (related document(s):80 Motion to Amend filed by Plaintiff Patricia B. Jefferson). (Kaniowski, Amanda) (Entered: 08/22/2023) |
| 08/24/2023 | 83<br>(4 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s)82 Order on Motion to Amend). No. of Notices: 6. Notice Date 08/24/2023. (Admin.) (Entered: 08/25/2023) |
| 08/29/2023 | 84<br>(5 pgs; 2 docs) | Motion to Seal Filed by Jennifer L. Alter, Eagle Premier Title Group, LLC. (Attachments: # 1 Proposed Order Proposed Order) (Fox, Kieran) (Entered: 08/29/2023) |
| 08/29/2023 | 85 | Restricted Document for Motion to Seal Filed by Kieran Fox (related document(s)84 Motion to Seal filed by 3rd Party Plaintiff Jennifer L. Alter, Defendant Jennifer L. Alter, 3rd Party Plaintiff Eagle Premier Title Group, LLC, |

| | | |
|---|---|---|
| | | Defendant Eagle Premier Title Group, LLC). (Attachments: # 1 Proposed Order Proposed Order) (Fox, Kieran) (Entered: 08/29/2023) |
| 08/29/2023 | 86 (1 pg) | Order Granting Motion to Seal (related document(s):84 Motion to Seal filed by 3rd Party Plaintiff Jennifer L. Alter, Defendant Jennifer L. Alter, 3rd Party Plaintiff Eagle Premier Title Group, LLC, Defendant Eagle Premier Title Group, LLC). (Kaniowski, Amanda) (Entered: 08/29/2023) |
| 08/29/2023 | 87 (1 pg) | Order Denying Sealed Motion (related document(s)85 Restricted Document for Motion to Seal filed by 3rd Party Plaintiff Jennifer L. Alter, Defendant Jennifer L. Alter, 3rd Party Plaintiff Eagle Premier Title Group, LLC, Defendant Eagle Premier Title Group, LLC). (Kaniowski, Amanda) (Entered: 08/29/2023) |
| 08/31/2023 | 88 (3 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s)86 Order on Motion to Seal). No. of Notices: 2. Notice Date 08/31/2023. (Admin.) (Entered: 09/01/2023) |
| 08/31/2023 | 89 (3 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s)87 Order (Generic)). No. of Notices: 2. Notice Date 08/31/2023. (Admin.) (Entered: 09/01/2023) |
| 10/05/2023 | 90 (7 pgs; 2 docs) | Joint Motion to Extend Time to File Dispositive Motions Filed by Gregory Todd Alter Jr.. (Attachments: # 1 Proposed Order) (Iamele, Anton) (Entered: 10/05/2023) |
| 10/05/2023 | 91 (2 pgs) | Order Granting Joint Motion to Extend Dispositive Motion Deadline. Dispositive Motions due 11/3/2023. (related document(s):90 Motion to Extend Time filed by Defendant Gregory Todd Alter). (Kaniowski, Amanda) (Entered: 10/05/2023) |
| 10/07/2023 | 92 (4 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s)91 Order on Motion to Extend Time). No. of Notices: 6. Notice Date 10/07/2023. (Admin.) (Entered: 10/08/2023) |
| 03/04/2024 | 93 (3 pgs) | Notice of Motion of the Chapter 7 Trustee for Approval of Settlement.Notice Served on 3/4/2024, Filed by Patricia B. Jefferson. Objections due by 3/25/2024. (Duvall, Jessica) (Entered: 03/04/2024) |
| 03/04/2024 | 94 (21 pgs; 4 docs) | Motion to Approve Stipulation/Settlement Pursuant to Fed. R. Bankr. P. 9019. Notice Served on 3/4/2024, Filed by Patricia B. Jefferson. Responses due by 3/25/2024. (Attachments: # 1 Exhibit Exhibit A - Settlement Agreement # 2 Notice of Motion Notice of Motion # 3 Proposed Order Proposed Order) (Duvall, Jessica) (Entered: 03/04/2024) |
| 03/05/2024 | | Disposition Without Hearing: re: 1 Complaint, re: 19 Answer to Complaint, re: 23 Answer to Complaint - HEARING CANCELLED, MOTION TO APPROVE SETTLEMENT FILED. (related document(s) 1 Complaint, 19 Answer to Complaint, 23 Answer to Complaint) (Bellman, Gloria) (Entered: 03/05/2024) |
| 03/05/2024 | | Disposition Without Hearing: re: 1 Complaint, re: 19 Answer to Complaint, re: 23 Answer to Complaint - SETTLED. (related document(s) 1 Complaint, 19 Answer to Complaint, 23 Answer to Complaint) (Bellman, Gloria) (Entered: 03/05/2024) |

MIA EX. 1

| | | |
|---|---|---|
| 03/05/2024 | | Disposition Without Hearing: re: 1 Complaint, re: 19 Answer to Complaint, re: 23 Answer to Complaint - ALL MATTERS ARE SETTLED. (related document(s) 1 Complaint, 19 Answer to Complaint, 23 Answer to Complaint) (Bellman, Gloria) (Entered: 03/05/2024) |
| 03/05/2024 | | Disposition Without Hearing: re: 1 Complaint (Case Opening), re: 19 Answer to Complaint, re: 23 Answer to Complaint - ALL MATTERS ARE SETTLED. (related document(s) 1 Complaint (Case Opening), 19 Answer to Complaint, 23 Answer to Complaint) (Bellman, Gloria) (Entered: 03/05/2024) |
| 03/05/2024 | | Disposition Without Hearing: re: 1 Complaint (Case Opening), re: 19 Answer to Complaint, re: 23 Answer to Complaint - ALL MATTERS ARE SETTLED. (related document(s) 1 Complaint (Case Opening), 19 Answer to Complaint, 23 Answer to Complaint) (Bellman, Gloria) (Entered: 03/05/2024) |
| 03/12/2024 | | Disposition Without Hearing: re: 1 Complaint, re: 19 Answer to Complaint, re: 23 Answer to Complaint - ALL MATTERS ARE SETTLED. (related document(s) 1 Complaint, 19 Answer to Complaint, 23 Answer to Complaint) (Bellman, Gloria) (Entered: 03/12/2024) |
| 03/29/2024 | 95 (2 pgs) | Order Granting Motion of Chapter 7 Trustee to Approve Settlement and Dismissing Case (related document(s):94 Motion to Approve Stipulation/Settlement and Notice of Motion filed by Plaintiff Patricia B. Jefferson). (Kaniowski, Amanda) (Entered: 03/29/2024) |
| 03/31/2024 | 96 (4 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s)95 Order on Motion to Approve Stipulation/Settlement). No. of Notices: 1. Notice Date 03/31/2024. (Admin.) (Entered: 04/01/2024) |
| 04/04/2024 | 97 (28 pgs; 6 docs) | Defendants Eagle Premier Title Group LLC's and Jennifer L. Alter's Motion to Quash and Motion for Protective Order From Subpoena Issued to Trustee by Maryland Insurance Administration Filed by Jennifer L. Alter, Eagle Premier Title Group, LLC. (Attachments: # 1 Proposed Order Proposed Order # 2 Exhibit Exhibit 1 # 3 Exhibit Exhibit 2 # 4 Exhibit Exhibit 3 # 5 Exhibit Exhibit 4) (Munn, Roger) Modified on 4/4/2024 (Cumberland, Erica). (Entered: 04/04/2024) |
| 04/04/2024 | | Receipt of filing fee for Motion to Quash( 22-00193) [motion,mquashad] ( 52.00). Receipt number A42057923. Fee amount 52.00 (re: Doc # 97) (U.S. Treasury) (Entered: 04/04/2024) |

| PACER Service Center |
|---|
| Transaction Receipt |
| 04/12/2024 17:24:40 |

| PACER Login: | miaoagpacer | Client Code: | alter |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 22-00193 Fil or Ent: filed From: 1/1/1990 To: 4/12/2024 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| Billable Pages: | 12 | Cost: | 1.20 |